IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 26-cv-00862-NYW-SBP | Date: July 7, 2026 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| OREGON-CALIFORNIA TRAILS ASSOCIATION, a nonprofit corporation, ROSEBUD SIOUX TRIBE, a Sovereign Tribal Nation, WESTERN NEBRASKA RESOURCES COUNCIL, a nonprofit corporation, PRESERVE THE SANDHILLS, LLC, a nonprofit corporation, WHITETAIL FARMS EAST, L.L.C., a limited liability corporation, and HORSESHOE BAR RANCH, LLC, a limited liability corporation,<br><br>       Petitioners,<br><br>v.<br><br>MATT HOGAN, in his official capacity as the Regional Director of the Mountain-Prairie Regin of the U.S. Fish and Wildlife Service, DOUG BURGUM, in his official capacity as the Secretary of the U.S. Department of the Interior, BRIAN NESVIK, in his official capacity as the Director of the U.S. Fish and Wildlife Service, and TRAVIS VOYLES, in his official capacity as the Vice Chairman (Exercising the Authority of the Chairman) of the Advisory Council for the Historic Preservation,<br><br>       Respondents. | Riley Varner<br>William Eubanks<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Gabriel Lopez |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**10:03 a.m.    Court in session.**

Appearances of counsel.  Also present for Intervenor Nebraska Public Power District: Hadassah Reimer, Kristina Van Bockern, and Murray Feldman.

Since the Court's Order on Petitioners' Motion for Preliminary Injunction, Respondents intend to file an unopposed motion for voluntary remand.  Parties anticipate requesting an administrative closure of this case pending the remand.

Parties advise the Court that Respondents have been compiling the existing administrative record. If the motion for voluntary remand is granted, Respondents contemplate 60 days to compile a supplemental memorandum and supporting documentation.

**ORDERED:    Respondents shall file the unopposed motion for voluntary remand no later than July 21, 2026.  No later than July 21, 2026, Parties shall file a Joint Status Report apprising the Court as to the status of the administrative record, the Court's potential administrative closure of the case, and any disputes that a Party or the Parties seek to raise to the Court for resolution pending the supplemental administrative record.**

**10:13 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    0:10